IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Raymond P. Moore**

Case No.   15-cr-00127-RM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    ANTHONY DOMINO,
2.    ANTHONY TYREE,
3.    SEAN MCCULLOUGH,
4.    SHARDE SUWANNABART,
    *a/k/a SHARDE SMITH*,
    *a/k/a SHARDE SUWANNABART-SMITH*,
5.    SUMMER SAWYER,
6.    ADELL BURRELL.

    Defendants.

## PROTECTIVE ORDER FOR JENCKS ACT AND RULE 16 MATERIAL

THIS MATTER comes before the Court on the Government's Unopposed Motion for a Protective Order for Jencks Act and Rule 16 Material [ECF No. 224].   Pursuant to Fed. R. Crim. P. 16(d)(1), and for good cause shown, **IT IS HEREBY ORDERED AS FOLLOWS**:

1. Defense counsel shall keep the FBI forms 302 and any notes or other materials prepared based upon or referring to information in these materials in confidence and shall use them exclusively in connection with this case (including trial preparation, trial, and appeals or other related legal proceedings) and for no other purpose.

2. The FBI forms 302 may be viewed only by defense counsel, the defendant, and members of the defense team, including any defense investigators and staff, as necessary for the purposes

of preparing a defense in this particular case. Defense counsel shall ensure that members of the defense team will read this Order and are informed of their responsibility to safeguard this information.

3. Defense counsel and/or his/her staff shall make copies of FBI forms 302 only as necessary to prepare a defense in this case. At the conclusion of the case in this Court, by entry of the Court's judgment, counsel, within ten days, shall destroy all copies made pursuant to this Order.

4. No copies of the FBI forms 302 shall be provided to the defendants, their family members, friends, or associates, under any circumstances without petition to and further order of the Court. The defendant may be allowed to view the FBI forms 302, but only while in the direct presence of the defense counsel.

5. A copy of this Order shall be kept with the records at all times.

6. Nothing in this Order shall prevent any party from seeking modification of this Order or from objecting to discovery that it believes to be otherwise improper.

7. This Order does not constitute a ruling on the question of whether any particular material is properly discoverable or admissible and does not constitute any ruling on any potential objection to the discoverability of any material.

DATED this 28th day of October, 2015.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge